**United States Bankruptcy Court**

**Western District of Wisconsin**

| | |
|---|---|
| In re **Sarah Harris** | Case No. **3-18-13213** |
| Debtor(s) | Chapter **7** |

# MOTION TO DELAY THE ENTRY OF THE DISCHARGE

The debtor, Sarah Harris ("Debtor"), through his attorney, John W. Peterson, presents this Motion to Delay the Entry of the Discharge and states as follows:

The discharge is due to be granted __1/9/19__. Debtor requests a delay in the entry of his discharge until after __1/31/19__ for First Community Credit Union to file reaffirmation agreement.

Pursuant to Federal Rule of Bankruptcy Procedure 4004(c)(2), on motion of the debtor, the court may defer the entry of an order granting a discharge for 30 days.

WHEREFORE, Debtor respectfully requests that this Court enter an order delaying entry of discharge until after __1/31/19__, and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

Sarah Harris

By: /s/ John W. Peterson

John W. Peterson

Attorney for Debtor(s)